UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRI TRINH | CIVIL ACTION NO. _____ |
| VERSUS | DISTRICT JUDGE _____ |
| UNDERWRITERS AT LLOYD'S LONDON (LLOYDS OF LONDON) | MAGISTRATE JUDGE_____ |

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, Certain Underwriters at Lloyd's, London ("Underwriters") remove this action from the Civil District Court for the Parish of Orleans, Louisiana, to the United States District Court for the Eastern District of Louisiana. As grounds for removal, Underwriters state as follows:

1. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. § 1441.

2. On August 27, 2023, Tri Trinh ("Plaintiff") filed suit against Underwriters in the Civil District for the Parish of Orleans, Louisiana, Case No. 2023-09653. The Petition asserts counts for breach of contract and bad faith concerning a dwelling insurance policy issued by Underwriters. (Ex. 1, Petition, generally.)

3. Complete diversity of citizenship exists between the parties. At the time the Petition was filed and at the time of removal, Plaintiff was and is an individual residing in Louisiana. (Ex. 1, Petition at ¶1.) Thus, Plaintiff was and is a citizen of Louisiana.

4. There is one member at issue for Underwriters. The Underwriters policy was issued by Syndicate 2488 subscribing to 100 percent of the risk. Syndicate 2488 is a Lloyd's syndicate equivalent to an unincorporated association. The sole member of Syndicate 2488 is Chubb Capital I Limited, a private limited company incorporated in the United Kingdom with its

principal place of business in London, England.[1]  A United Kingdom private limited company is treated as an American corporation for purposes of federal diversity jurisdiction.

5. The $75,000 amount in controversy requirement for federal diversity jurisdiction is met. The Petition does not specify an amount of damages sought, but on its face seeks to recover diminution of property value, actual repair costs for repairing the property, additional living expenses, mental anguish damages, and statutory penalties and attorney's fees under La. R.S.22:1892 and 1973. (Ex. 1, Petition, ¶51.)  The evidence illustrates that the policy benefit dispute at issue in the suit is $139,296.74. Underwriters issued claim payments to Plaintiff totaling $55,192.39. (Ex. 2, Claim Payments.) Plaintiff served a demand for payment of $194,489.13. (Ex. 3, Demand Letter.) That does not account for Plaintiff's additional claims for statutory penalties and attorney fees, diminution in value of the property, or mental anguish damages which also are considered in evaluating whether the amount in controversy requirement is met.

6. This Notice of Removal is timely filed. 28 U.S.C. § 1446(b)(2)(B) permits removal within "30 days after receipt by or service on th[e] defendant of the initial pleading or summons...." Underwriters were purportedly served with the Petition on September 26, 2023. This Notice of Removal is filed within thirty days after Underwriters' receipt and service of the Petition, and thus complies with the requirements of 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the state court suit is attached as Exhibit 1. Written notice of filing of this Notice of Removal is being served directly on all parties or through their counsel of record.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Civil District Court for the Parish of Orleans, Louisiana.

---

[1] https://find-and-update.company-information.service.gov.uk/company/03100091

286481004v.1

9. There are no other defendants. Thus, the unanimity of consent requirement is met.

10. Underwriters reserve the right to supplement this Notice of Removal with additional evidence or authority supporting any basis for removal.

WHEREFORE, Underwriters respectfully request the Court to take jurisdiction of this action and issue all necessary orders and process to remove this action from the Civil District Court for the Parish of Orleans, Louisiana to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Andrew R. DeCoste*
Andrew R. DeCoste (La. Bar No. 34276)
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Telephone: (504) 702-1216
Facsimile: (504) 702-1715
Email: andrew.decoste@wilsonelser.com
*Counsel for Certain Underwriters at Lloyd's, London*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all adverse parties in a manner authorized by Federal Rule of Civil Procedure 5(b)(2) or by the Court's CM/ECF system on October 26, 2023.

*/s/ Andrew R. DeCoste*
Andrew R. DeCoste

286481004v.1